UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELIN JOSEFINA PEREZ, et al.,

     Plaintiff(s),

v.

KEVIN RAYCRAFT, et al.,

     Defendant(s).

Case No. 25-cv-13931

Honorable Robert J. White

## STIPULATED ORDER REQUIRING RESPONSE

On December 8, 2025, petitioners filed a petition for a writ of habeas corpus challenging their detention by ICE, (ECF No. 1). For good cause, the Court may set a deadline for the respondents to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

IT IS STIPULATED by the parties that:

1. Respondents shall respond to the petition for a writ of habeas corpus no later than January 5, 2026.

2. If petitioner chooses to file a reply, he must do so no later than January 12, 2026.

SO ORDERED.

Dated: December 29, 2025      s/Robert J. White
                        Robert J. White
                        United States District Judge

**STIPULATED TO:**

Scheff & Washington, PC      Jerome F. Gorgon Jr.
                        United States Attorney

*/s/ George Washington (w/ consent)*  *s/Zak Toomey*
George B. Washington (P26201)    Zak Toomey (MO61618)
24525 Southfield Road           Assistant U.S. Attorney
Suite 270                     211 W. Fort St., Ste. 2001
Southfield, Michigan 48075     Detroit, MI  48226
(313) 715-4886              313-226-9617
Scheff915@gmail.com       zak.toomey@usdoj.gov

*Attorneys for Petitioner*      *Attorneys for Respondents*

Dated: December 18, 2025    Date: December 18, 2025