UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELIN JOSEFINA PEREZ, et al.,

    Petitioners,

v.

KEVIN RAYCRAFT, et al.,

    Respondents.

Case No. 25-cv-13931

Honorable Robert J. White

**ORDER DENYING THE PETITION FOR A WRIT OF HABEAS CORPUS AS MOOT**

Evelin Josefina Perez and her minor son filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). The petition seeks a "constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a)." (*Id.*, PageID.20). On January 18, 2026, an immigration judge issued an order of release on recognizance for both Perez and her son. (ECF No. 12, PageID.198). The order directed Perez and her son to "check in with their local ICE Field Office on April 15, 2026." (*Id.*). They are now residing back in Michigan and are awaiting their scheduled check-in at the local ICE field office. (ECF No. 13, PageID.201). Since Perez and her son obtained the primary mode of relief requested in their habeas petition, it is hereby,

ORDERED that the petition for a writ of habeas corpus (ECF No. 1) is denied without prejudice as moot.

IT IS FURTHER ORDERED that Perez and her son's motion for a temporary restraining order (ECF No. 2) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: February 9, 2026                   s/ Robert J. White
                                                   Robert J. White
                                                   United States District Judge